IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID LIPNICKI, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:10-cv-00605 |
| MERITAGE HOMES CORPORATION, ET AL. | § § § § | |
| Defendants. | § § | |

**ORDER**

For the reasons provided in the Joint Motion to Certify Case as a Collective Action and to Approve Settlement on Behalf of FLSA Collective Action Members, it is hereby ORDERED that:

1. This matter is re-certified as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) by agreement of the Parties for settlement purposes only;

2. The Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

3. Service awards as set forth in the Settlement Agreement are APPROVED;

4. The amounts to be paid in accordance with Exhibit B to the Settlement Agreement are APPROVED;

5. The request for attorneys' fees as set forth in the Settlement Agreement is APPROVED as fair and reasonable; and

6. Reimbursement of expenses for Settling Plaintiffs' litigation costs and expenses as set forth in the Settlement Agreement is APPROVED.

SIGNED this 22nd day of January, 2015.

*[signature]*

HON. GREGG COSTA
UNITED STATES CIRCUIT JUDGE*

---

*Sitting by designation