```
 1                    IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
 2                           HOUSTON DIVISION

 3     _____
                                             )
 4     DAVID LIPNICKI, ET AL.,               )
                    Plaintiffs,              )
 5                                           ) CIVIL ACTION NO.
       VS.                                   ) 3:10-CV-605
 6                                           )
       MERITAGE HOMES                        )
 7     CORPORATION, ET AL.,                  ) 9:02 A.M. TO 9:31 A.M.
                    Defendants.              )
 8     _____)

 9

                        OPENING STATEMENT BY MS. WILLS
10                   BEFORE THE HONORABLE GREGG COSTA
                             NOVEMBER 12, 2014
11
       APPEARANCES:
12
       FOR PLAINTIFFS:
13     MS. RHONDA HUNTER WILLS,
       MS. GENEVIEVE ESTRADA, AND
14     MR. ANTHONY WILLS
       Wills Law Firm, PLLC
15     1776 Yorktown, Suite 570
       Houston, Texas  77056
16     (713)528-4455

17     MR. JOHN M. PADILLA, AND
       MR. J. MOISES CEDILLOS
18     Padilla & Rodriguez, L.L.P.
       1776 Yorktown, Suite 110
19     Houston, Texas  77056
       (832)740-4301
20
       FOR DEFENDANTS:
21     MR. SCOTT ROBERT MCLAUGHLIN,
       MS. MARLENE WILLIAMS,
22     MS. KATHERINE SILVER, AND
       MR. CHEVAZZ BROWN
23     Jackson Walker LLP
       1401 McKinney, Suite 1900
24     Houston, Texas  77010
       (713)752-4200

25
```

1    APPEARANCES CONTINUED:

2    **ALSO PRESENT:**
     MR. DAVID LIPNICKI
3    MS. DONNA ARMSTRONG
     MR. TIM GONZALEZ
4    MR. MARK HOPKINS
     MR. MARK REYNOLDS, ESQ.
5    MS. LAURA GOODWIN
     MR. TIM HERNDON

6
     **COURT REPORTER:**
7    Heather Alcaraz, RMR, FCRR
     Official Court Reporter
8    515 Rusk, Room 8004
     Houston, Texas  77002
9    (713)250-5584

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.

1          THE COURT:  So with that I am going to now allow the

2   attorneys to make their opening statements.  Plaintiffs will get

3   to do that first.

4          So whenever you're ready, you may begin.

5          MS. WILLS:  Thank you, Your Honor.

6          Good morning, ladies and gentlemen of the jury.  Thank

7   you so much for being here this morning.  I had the opportunity

8   to meet you-all briefly on Monday.

9          My name is Rhonda Wills, and I have the privilege and

10  the honor of representing the plaintiffs in this lawsuit, and

11  I'd like to introduce you to them.  We have Tim Gonzalez, David

12  Lipnicki, and Donna Armstrong.

13         Now, in this lawsuit, as Judge Costa just outlined to

14  you, there are two basic issues that you're going to be looking

15  at.  The first question is going to be:  Were the plaintiffs

16  inside salespersons or outside salespersons?  And we believe

17  that the evidence is going to show that they were inside

18  salespersons who worked inside the model home or at the

19  corporate office, Meritage's places of business.

20         Now, the second issue you're going to be asked to

21  decide is:  How many hours a week were they working?  The

22  evidence is going to show that they worked significant hours

23  each workweek.  In fact, we believe the evidence is going to

24  show that Jeanne Conger, the vice president of sales at

25  Meritage -- she's going to testify, we believe, that in her

1    estimation, to perform a job like this would take an average of

2    about 70 hours a week.

3          Now, I've just mentioned to you that the plaintiffs

4    worked in a Meritage model home.  Now, that's really significant

5    because you're going to hear a lot about this model home, and

6    that's because this model home is the heart of what they did as

7    salespeople.  This is where they officed.  This was their chief

8    sales tool.

9          The model home was everything to their job, and

10   Meritage made sure that their business centered on this model

11   home.  And as you can see this example of a model home, it's

12   beautiful.  It's gorgeous.

13         Meritage put a great deal of money into making these

14   model homes showpieces.  Their phrase was the "wow factor."

15   They wanted, when you walked into this model home, to say, "Wow.

16   This is gorgeous," so you're going to hear about how they spent

17   60, $75,000 or more just decorating these model homes.

18         They had beautiful draperies and art pieces and -- and

19   beautiful custom floors and lots of upgrades in them, paintings.

20   These model homes were beautiful, absolutely gorgeous, and the

21   reason that they did that was because that's the heart of where

22   these people were working and where the buying public would need

23   to come if they wanted to get a Meritage home.

24         The model home, ladies and gentlemen, was everything.

25   It was the centerpiece, and it was where these salespeople were

1    working.

2          Now, within the model home, the tools that these

3    salespeople needed to make sales were all contained there.

4    First of all, you had this beautiful model home, and the

5    evidence is going to show that Meritage expected and required

6    them to demonstrate that model home to all the prospective

7    buyers that came in because that's their chief selling tool.

8    That's the way they're going to wow you and get you to want to

9    buy a Meritage home.

10          So within that Meritage home, there were floor plans.

11    So the first thing you need to decide is:  Do I want a one

12    story?  Do I want a two story?  Do I want four bedrooms, five

13    bedrooms?  And the way that you did that was you sat down with

14    the salesperson in the model home.

15          After you've walked in the door, you've been wowed,

16    you've taken the tour, now you sit down and go through a number

17    of floor plans trying to figure out:  What's going to work for

18    me?  What do I want?  And in looking at the floor plans, the

19    salesperson would take you into the kitchen and say, "This is

20    how we build Meritage homes.  We have an open floor plan.  We

21    have an open kitchen.  This is how our homes are set up."

22          Or they'd walk you into the master bedroom and say,

23    "You see this master bedroom?  This is a standard-sized master

24    bedroom that you're going to find in Meritage homes, and you can

25    see how a king size bed fits in our bedrooms."  And so they

1    would use the floor plans and use the model in order to help the

2    buyer decide:  What floor plan's going to work for us?

3           Next, they would use another tool found in the model

4    home sales office, which is the elevations.  Now, the elevation

5    is how a home appears in the front and the back.  So a house can

6    look exactly the same on the inside, but the front elevation,

7    the way that it appears on the outside, can be different.

8           Now, with most of the Meritage floor plans, typically,

9    there were four or five different elevations or different ways

10   that the front could look.  So after sitting down and picking

11   out a floor plan, the salesperson would then sit down with the

12   buyer and say, "Okay.  Now that we've kind of narrowed this down

13   on floor plans, let me show you what the front of the house

14   would look like," what your options would be to sort of figure

15   out something that you might be interested in.

16          Now, the other reason that the elevation was so

17   important is the evidence is going to show that within these

18   master-planned communities where Meritage does business, you

19   can't have the exact same house right next to each other.  So

20   there were requirements that you had to alternate elevations.

21          So the salesperson needed to sit down with you in the

22   model to explain, "Okay.  If you want to go with this floor

23   plan, you're going to be limited to just this one elevation

24   because we've got several already on that street where this lot

25   is available."  So sitting down in the model, looking at the

1    floor plans, looking at the elevations, absolutely critical,

2    absolutely something that you needed to do in order to sell a

3    Meritage home.

4           Now, also in the model sales office there would be the

5    feature sheet, and the feature sheet would tell the buyer, okay,

6    here are your standard features, and then as -- going through

7    the model home, the salesperson would say, "Okay.  You see these

8    countertops?  These countertops are standard.  But look here at

9    the island in the kitchen.  This is your upgrade granite.  For a

10   little bit more, you could get this.  But the ones off the

11   island, those are your standard Corian countertops that you're

12   going to get."

13          So the salesperson would use the feature sheet there

14   in the model to explain the difference between what's going to

15   be standard in a Meritage home and what's going to be an

16   upgrade.

17          Also in the model home sales office they would have

18   the price list because one of the first things a buyer wants to

19   know is:  What's the price range?  What's the base price of the

20   homes that I'm looking at?  Because before you start adding

21   upgrades or looking at anything else, you want to know:  What am

22   I looking at in terms of the base price?  Because that's going

23   to help the buyer to decide what their home choice is going to

24   be as well.

25          And, again, these are all things in the model where

1    the salesperson would sit down with them in the model and go

2    through these things.

3              Now, this is something called a plat map, and you're

4    going to hear a lot about plat maps because in the model home

5    sales office, on the wall, there was a huge version of this --

6    huge, colorful, beautiful.  And on it, it would have kind of

7    thumbtacks or something to indicate this is available, this

8    one's taken, and it would also indicate what floor plan had been

9    built on each lot.

10             So this was important because you needed to, with the

11   buyer, pick a floor plan, pick an elevation, and start looking

12   at lots and talking about options, about which lots are

13   available and what floor plans you can build on that lot.

14             In addition to having it on a big beautiful board that

15   was huge in the office, they also had it in a paper form like

16   what you see here, and they would sit down with the buyer and

17   highlight with a highlighter these are the available lots, and

18   these are the lots where you can build that home, or this is a

19   lot where you could build that home to let the buyer know, okay,

20   here are my options in terms of what lots are out there and what

21   I might be able to build on.  And this happened in the model

22   sales office.

23             Now, before a house can actually be built on any lot,

24   something called a lot fit analysis needed to be done.  In other

25   words, the model home was typically built on your standard

1   Meritage lot, 60 by 120, whatever it was.  So when you're at the

2   model, you can kind of look at the backyard there, and that'll

3   give you a pretty good indication of about how much backyard

4   you're going to have.

5          And then the salesperson can sit in the office and

6   show you either on transparencies -- and show you essentially

7   how that house might fit on the lot.  But until an actual lot

8   fit analysis is done, there is no way for the buyer to know

9   exactly how that house is going to be situated on the lot, how

10  much room there's going to be in the backyard, how much room

11  there's going to be in the front yard.  And the evidence is

12  going to show that this lot fit analysis is done by an engineer,

13  and then the lot actually gets staked by a surveyor.

14         Now, in addition to selling new homes, the evidence is

15  going to show that the salespeople also were required to sell a

16  Meritage mortgage through this company called MTH Lending.  Now,

17  MTH Lending is an affiliate company of Meritage, so Meritage had

18  this rule for all their salespeople.

19         Everybody that buys one of our homes, you have to

20  capture so many of them, and that could be as many as

21  85 percent.  So what they said was for up to 85 percent of the

22  people that buy our home, you need -- you also need to convince

23  them to get our mortgage.  So these salespeople were not only

24  selling a new home, they were required to then try to sell the

25  buyer on buying a Meritage mortgage.

1    This is one of the documents that they would have in
2    the sales office, and it was a mortgage application.  And the
3    salesperson would have the prospective buyer fill out this
4    mortgage application, and it served two purposes.  One, they
5    were required to do it.  It was actually on their job
6    evaluation.

7    It was actually on every sale that they did.  Were you
8    successful in selling a Meritage mortgage?  What is your capture
9    rate?  How many people are you getting to buy the mortgage and
10   the house?

11   The other reason for this is Meritage required buyers
12   to be prequalified, which means that if you weren't qualified,
13   they weren't going to do a contract with you.  So before a
14   contract could even be done, Meritage had to make sure you were
15   prequalified, and one of the ways to do that was to have MTH
16   Lending qualify you as someone who could afford the house that
17   you were looking at.

18   But certainly the evidence is going to show that you
19   wanted to do this also because the last thing you want to do is
20   go through this whole process of picking out a floor plan and an
21   elevation and a lot only to find out that the buyer really can't
22   qualify for the home that they're looking at.  And, again, this
23   application, in the model sales office -- sat down right there
24   in the model sales office with the salesperson filling this out,
25   and that's where these forms were.

1          Now, in addition to that, there would be community

2    information in the model sales office.  That would include

3    information about the schools in the area, the community, the

4    community amenities, and, also, what was really important to

5    buyers, the tax rate.

6          So in the model sales office there would be this

7    community information about the tax rate.  And, actually, the

8    evidence is going to show that the salespeople would actually

9    sit and come up with some type of good-faith estimate or some

10   type of estimate on what the monthly payments would be for

11   whatever home or homes the buyers were looking at.  And they

12   would sit right there in their Meritage office in the model at

13   their computer where they were given all these tools to try and

14   calculate for the buyers:  How much home can you afford?

15         This all happened in the model sales office.  All very

16   critical to being able to sell the Meritage home.

17         Now, if the process went well -- and I tell you

18   sometimes people would come back four, five or even more times

19   visiting that model, scheduling another appointment before they

20   finally made a decision to buy.  I mean, that makes sense,

21   right?

22         We believe the evidence is going to show:  Who's going

23   to invest $300,000 or more after they come in one time?  Most

24   people want to come back four, five, six times, so this is a

25   process that doesn't just happen on the first visit.  But if,

1   ultimately, there is success for the salesperson, a contract is

2   done.

3          Now, Meritage used a form sales contract, and that

4   form sales contract was on the computer in the model sales

5   office.  So the way this worked was the salesperson would sit at

6   their desk with the buyers in front of them typing in at their

7   computer in the model sales office the buyers' information, all

8   of the information about the sale.  And you can't see it here,

9   but this is about a ten-page document that had to be filled out.

10          Once it was filled out on the computer in the sales

11   office, they would print it out.  Once it was printed out, they

12   were required to go through the contract line by line by line

13   with the buyers right there in the sales office.  Then the

14   buyers would initial and sign each page right there in the sales

15   office.  Once the buyer had signed the contract, it would get

16   faxed back to the corporate office to be processed from there.

17          Now, I talked a little bit about the model home.  Just

18   so you understand how important this model home was, it had to

19   be pristine.  It was so important that this model home be

20   pristine that the salespeople had a daily and a weekly checklist

21   that they had to follow to make sure that these model homes were

22   perfect because the model home is the heart of everything that

23   they did as salespeople.

24          So just to kind of give you some of these guidelines

25   that you're going to see, the evidence is going to show on this

1   checklist one thing was a sales office must be clean at all

2   times.  Entry mats should be cleaned with a broom.  Area rugs

3   should be flattened and straightened.  Make sure the accessories

4   in place -- are in place and pictures are hung evenly.

5           They even had to make sure they fluffed the pillows

6   every day.  Ensure that all of the beds are well made.  They had

7   to even go in and straighten the towels in the bathrooms.  This

8   was the level of detail that Meritage required they put into

9   these model homes because this is their selling tool.  The model

10  home is the heart of what they did as salespeople.

11          Now, the evidence is going to show that they were

12  required to man this office.  This model was basically the

13  Meritage store.  If you wanted to buy a Meritage house and then

14  get a Meritage mortgage, you needed to come to their store,

15  which is basically what the model is in the community.

16          So when you went there, Meritage expected their

17  salespeople to be manning that office.  They were supposed to be

18  there.  The sales agreement with -- the compensation agreements

19  with these plaintiffs, you're going to see, provides that they

20  must be present at the sales office for all business hours on

21  all days that they are scheduled to work.

22          I don't think it can be any clearer than that.  This

23  is a job where you are to be there, and you are to man this

24  store.  And these salespeople will tell you these models are

25  open seven days a week.  Monday through Saturday they're open

1    10:00 to 7:00, and on Sundays 12:00 to 7:00.

2            And they were responsible for that sales office every

3    single day, and the only way that they would not work would be

4    if they had coverage.  And the evidence is going to show that

5    oftentimes they couldn't get coverage; therefore, they had to

6    work.  And sometimes they were working six or seven days a week.

7            The evidence is also going to show that they could be

8    disciplined, written up, subject to disciplinary action for not

9    being in that model sales office.  Here's an example of somebody

10   that actually got written up for not being in the sales office.

11           It says, "Briana will ensure that the sales office is

12   covered daily from 10:00 to 7:00, and management will be

13   informed within a reasonable amount of time prior to her being

14   out of the office for any reason.  This is a serious situation,

15   and there must be immediate and sustained improvement observed

16   in all areas."

17           This is a disciplinary action form.  They were subject

18   to being written up if they weren't in the model sales office.

19           Here's another example.  "Dan is expected to be on

20   time to work every day and work regular business hours.  The

21   model home must be attended at all times during business hours.

22   Leaving the model unattended by a salesperson and unpresentable

23   leads to potential loss in sales and decreased profitability for

24   the company."

25           Meritage expected them to be in that model, and they

1    expected them to man it.  This was their store.  This was their

2    sales tool, and they were required to be there.

3           Now, you're going to hear some evidence about a

4    mystery shop, and what you're going to hear about the mystery

5    shop -- which the mystery shop is where this fake buyer goes in

6    with generally some pretty unrealistic -- an unrealistic

7    scenario.

8           They usually show up and say something like, "I want

9    to buy a house today.  My husband's not going to be involved in

10   the process.  Oh, it's a $300,000 house.  I'm ready to buy right

11   now -- right now today.  What do you have that I can move in

12   right now immediately?  I'm ready to buy right now.  I've

13   already sold my other house.  I've relocated from somewhere.

14   I'm here.  I'm ready to buy right now this instant.  I don't

15   have a realtor with me, but I'm here right now.  What can I buy

16   right now?"

17          That's just an example of the type of scenarios that

18   mystery shoppers would show up with, and what I'd like you to

19   remember when you're hearing about these mystery shops is that

20   this is a one-hour visit.  The mystery shop never ever results

21   in a sale.  It never results in a person ever coming back, and

22   it would ask you to believe -- if you believe the mystery shop

23   represents the sales process, then you would have to believe

24   that a person comes in for one hour and makes the biggest

25   purchasing decision of their life without ever coming back to

1    them.

2           We believe the evidence is going to show and we -- we

3    believe the evidence is going to show that the mystery shop is

4    nothing more than a snippet, and it is certainly not a real-life

5    circumstance.  They never have a realtor.  They never actually

6    buy a home, and they never get a mortgage, and they never go

7    through the process, and it's nothing more than a snippet.

8           Now, the evidence is going to show that these

9    plaintiffs were paid on a straight commission basis, which means

10   that if they didn't sell a house and/or a mortgage, they were

11   not going to earn any commissions.

12          Now, the evidence will show that at times they would

13   get a draw, but a draw was basically a loan that they were

14   given, a loan that they had to pay back to Meritage whenever

15   they earned commissions in the future.  And Meritage could

16   actually cut off this loan or this draw any time that they chose

17   to.  So that meant that if this salesperson didn't sell a home,

18   they weren't going to earn any commissions.

19          The evidence is also going to show that here's the

20   system that Meritage had set up.  If a prospective buyer shows

21   up at the model, if you are the person to register that buyer,

22   then that's your buyer, and you're the only person that has a

23   chance to get a commission on them.  It's called their "up"

24   system.

25          And the way that the "up" system worked was you had to

1    be physically present in the model in order to get any buyers.

2    In other words, if you were not there, you could never get a

3    buyer and, therefore, you wouldn't get any commissions and

4    wouldn't earn any money.  So that's how the "up" system worked.

5         The way Meritage's entire sales system worked, it

6    required the salesperson to be in the model just to get a sale

7    and to earn any commissions.  Now, the way that people got

8    sales -- salespeople got sales was when the prospect came in,

9    they had to get the prospective buyer to fill out one of these

10   guest cards, and these guest cards were all kept in the model

11   home sales office, and they had them fill these out for a couple

12   of reasons.

13        Number one, Meritage absolutely required it

14   100 percent of the time.  You had to get every prospective buyer

15   to fill out a guest registration card.  But this was also the

16   way that this prospective buyer got listed as the buyer of a

17   particular salesperson.

18        If you didn't get a guest card from them, then they

19   weren't considered your "up" or your prospective buyer, and

20   somebody else might steal that sale away from you.  So every

21   prospective buyer that came in, the salesperson needed to get

22   them to fill out one of these guest registration cards.  It was

23   absolutely required by Meritage.

24        Now, while these salespeople were only paid for their

25   own sales, they only got commissions for those people that they

1    registered that they ultimately got to buy a house that closed

2    and funded -- that's the only way they ever got a commission --

3    they were still required by Meritage to do something called

4    "teamwork."

5           And here's how teamwork went at Meritage:  "Teamwork"

6    meant that I, as a salesperson, not only had to work on my own

7    sales, but I had to work on sales for other salespeople.  Even

8    though I'm never going to be paid a penny for it, I'm never

9    going to get any commission for it, Meritage believed that

10   because everybody's a Meritage customer, we expect all of our

11   salespeople not to work just your own sales, but you got to help

12   out the whole team, help everybody else out with their sales.

13          They told the salespeople that if they didn't help

14   teammates and other people with their sales, they were subject

15   to immediate termination, which meant that these plaintiffs

16   weren't only working their own sales, they were helping other

17   salespeople work sales that they were never going to get any

18   commissions for, they were never going to get paid for.

19          Now, one of the issues that's going to come up in this

20   case is going to be marketing.  How did marketing work at

21   Meritage?  How did people -- how were people driven into these

22   communities?  How did people learn about Meritage?  What made

23   them go to a Meritage community?

24          The evidence is going to show that this is a really

25   sophisticated business model that Meritage has for marketing.

1   They even have something called Realtor Relationship Manager.

2   That's a person who's full-time job is to just go out all over

3   the city and develop relationships with realtors and, from that,

4   to then get those realtors to bring their business into the

5   model sales offices.

6        Meritage has a very sophisticated national, regional

7   and local marketing effort.  They have billboards.  They have

8   commercials.  They have advertisements.

9        They have a huge website that does Internet leads.

10  They have a call center with a toll free number so when people

11  call in to the call center or log in to their website, then they

12  get directed to one of the communities where a model home office

13  is located.

14       They also have different promotions, and they have

15  signage.  Signage is where you have a little sign saying, "Go

16  this way to get to a Meritage home."

17       Now, you're going to hear a lot about realtor

18  relations, and we believe that the evidence is going to show

19  that the salespeople did help to generate traffic, but they did

20  it by enhancing whatever this big marketing department did.

21       So, for example, here's -- here's an example of a

22  realtor bonus program.  This is an example of the type of flier

23  that would have been given out for this realtor bonus program.

24  The evidence is going to show that the salespeople, these

25  plaintiffs, would e-mail these out, they would fax them out, and

1    maybe -- on a very rare occasion might drop off these fliers at

2    a realtor office, hand them to a receptionist, hope that the

3    receptionist was going to stick them in the boxes of the

4    realtors, and that was it.

5           Most of the realtor interaction that these salespeople

6    had was when the realtors brought their customers into the

7    model.  That's when they had face-to-face interaction with them.

8    That's when they could show them their model, show them their

9    floor plan, show them what they had to offer.

10          They also held realtor events right there in the model

11   because you want to get the realtors to the model.  That's the

12   whole point of trying to get them to the model.  So these

13   realtor events were held in the model.  They phoned them from

14   the model.

15          The evidence, we believe, is going to show that

16   realtors are not sitting in an office.  Realtors are actually

17   out.  They're all over town.  They're taking their customers

18   everywhere.  So the model salespersons are going to call them

19   up, tell them about promotions that they have going on and try

20   to get them to come to the office.

21          We believe the evidence is going to show that

22   plaintiffs were inside salespersons.  They worked in the model

23   sales office selling homes and mortgages.  They were responsible

24   for basically operating a store.  They rarely took customers

25   anywhere, and if they did, it was for a very short period of

1    time because they had to man the model.

2         If they weren't in the model, they weren't going to

3    earn any commissions, they weren't going to get any sales.  They

4    were even subject to disciplinary action if they weren't manning

5    that model.

6         The evidence is going to also show that they rarely

7    dropped off any of these flyers or brochures at realtors'

8    offices, and if they did, it was to promote Meritage.  Not to

9    promote themselves, necessarily, but to promote Meritage.  And

10   the evidence is going to show these times when they dropped off

11   a flier, it literally was dropping off a flier.

12        They didn't make any presentation.  They didn't meet

13   with any realtors.  The realtors weren't there.  They were

14   giving these fliers to a receptionist and hoping she wouldn't

15   throw them in the trash.

16        The evidence is also going to show that they never

17   went to any customers' home or business to sell them a Meritage

18   home or mortgage.  They worked out of a model sales office.

19        THE COURT:  About five minutes.

20        MS. WILLS:  The evidence is also going to show the

21   plaintiffs worked extremely long hours.  You've heard what the

22   stated business hours are, but the evidence is going to show

23   they needed to arrive at least half an hour before the opening

24   to do these opening procedures that Meritage required them to do

25   every day.

1          Then they would have to work through lunch.  They

2    didn't get a lunch break.  The evidence is going to show there

3    was no policy for them to take a lunch break.

4          Typically, on most days they'd bring their lunch,

5    stick it in the model kitchen, and when they got a chance, eat

6    when they could kind of snacking here and there.  But they

7    didn't get a lunch break.  They were manning this office.  It

8    was not very often that they were allowed to take any kind of a

9    lunch break other than grabbing a bite when they could.

10          The evidence is also going to show that at the end of

11   the day, 7:00 o'clock rolls around, if there's anyone still left

12   in that model, even if it's just somebody looking around because

13   they're curious, the salesperson had to wait until that person

14   had finished looking at the model.  They couldn't kick somebody

15   out and say, "Okay.  It's 7:00."

16          Instead, they had to wait, show them around, answer

17   their questions before they could even think about closing that

18   office.  And oftentimes a lot of buyers didn't get off work

19   until about 6:00 themselves, so they'd have to stay late for

20   late appointments.  Whatever was required, they had to stay

21   there in order to service the customers.

22          The evidence is going to show that they also worked

23   six to seven days each week.  We believe that the evidence is

24   going to demonstrate that these were inside salespersons who

25   worked very, very, very long hours.  Based on Meritage's own

1   vice president of sales, it could take up to 70 hours a week to

2   do this job.

3          I thank you in advance, ladies and gentlemen, for

4   agreeing to hear this case and to listen to the evidence, and I

5   appreciate the opportunity to speak to you.

6                              ***

7        *(End of requested transcript.)*

8                            -o0o-

9          I certify that the foregoing is a correct transcript

10  from the record of proceedings in the above matter.

11

12  Date:  April 22, 2015

13                          /s/ Heather Alcaraz
                            Heather Alcaraz, RMR, FCRR
14                          Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25